# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 22-00421 LEK-WRP |
| CASE NAME: | George Host v Paul K. Ferreira, *County of Hawaii Police Chief* |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | DATE: | 10/19/2022 |

COURT ACTION:   EO: COURT ORDER: DISMISSING PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE TO THE FILING OF A NEW ACTION; AND DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS COMPLAINT, FILED SEPTEMBER 26, 2022

On September 26, 2022, Defendant Paul K. Ferreira, County of Hawai`i Police Chief ("Defendant"), filed his Notice of Removal. [Dkt. no. 1.] On September 30, 2022, Defendant filed a Notice of Plaintiff's Filing of a Notice of Dismissal in Circuit Court ("Notice of State Court Dismissal"). [Dkt. no. 5.] On October 4, 2022, an advisory entry was docketed informing the parties that the filing party must submit a stipulation for dismissal to this Court for approval. Also on October 4, 2022, Defendant filed his Motion to Dismiss Complaint, Filed September 26, 2022 ("Motion to Dismiss"). [Dkt. no. 7.]

As of the date of this entering order, a stipulation for dismissal has not been submitted by the parties. Pro se Plaintiff George Host's complaint, [Notice of Removal, Decl. of Justin C. Lee, Exh. A (complaint, filed 9/13/22 in state court),] is therefore DISMISSED. The dismissal is WITHOUT PREJUDICE to the filing of a new action. The Clerk's Office is DIRECTED to close the case on **November 3, 2022**, unless the parties file a stipulation for dismissal on or before **November 2, 2022**.

In light of the dismissal, Defendant's Motion to Dismiss is DENIED AS MOOT.

IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager